IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ALIZON FELIZ-SAMVOY<br>Defendant | CRIMINAL 05-0175CCC |

# O R D E R

Having considered the Report and Recommendation filed on November 18, 2005 **(docket entry 31)** on a Rule 11 proceeding of defendant held before Magistrate Judge Aida M. Delgado-Colón on October 13 and 14, 2005, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 14, 2005. The **sentencing hearing is set for February 1, 2006 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on November 22, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge